**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 FAX
nsheehan@porterscott.com

**KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON**
Velma K. Lim, SBN 111006
7540 Shoreline Drive
Stockton, CA 95219
(209) 478-2000
(209) 478-0354 FAX
vlim@kroloff.com

Attorneys for Defendant/Appellant
COUNTY OF SAN JOAQUIN, erroneously sued as
DISTRICT ATTORNEY'S OFFICE COUNTY OF SAN JOAQUIN

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| JANIS TRULSSON, | Case No. 14-17093 |
| Plaintiff/Appellee, | **MOTION TO VOLUNTARILY DISMISS APPEAL** |
| v. | |
| COUNTY OF SAN JOAQUIN DISTRICT ATTORNEY'S OFFICE, | |
| Defendant/Appellant. | |

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant hereby moves the Court for an order dismissing the above captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

{01359808.DOCX}  1

MOTION TO VOLUNTARILY DISMISS APPEAL

| | | |
|---|---|---|
| 1 | Dated: March 30, 2015 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| 3 | | By /s/ Nancy J. Sheehan |
| 4 | | Nancy J. Sheehan<br>Attorneys for Appellant |
| 5 | Dated: March 30, 2015 | KROLOFF, BELCHER, SMART, |
| 6 | | PERRY & CHRISTOPHERSON |
| 8 | | By /s/ Velma K. Lim |
| 9 | | Velma K. Lim<br>Attorneys for Appellant |

{01359808.DOCX}  2

MOTION TO VOLUNTARILY DISMISS APPEAL